IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Lee Porter, | : | |
| | : | |
|     Plaintiff, | : | Case No.: 1:16-cv-00540-ELR |
| | : | |
| v. | : | |
| | : | |
| Stellar Recovery, Inc., | : | |
| | : | |
|     Defendant. | : | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Lee Porter, in the above styled and numbered matter, by and through his undersigned counsel, and respectfully notifies the Court that Plaintiff and Defendant Stellar Recovery, Inc. (hereinafter "Stellar Recovery") have settled their dispute in principle. The settlement resolves Plaintiff's claims against Defendant Stellar Recovery and obviates the need for Defendant Stellar Recovery to file an Answer. Once the settlement documents are finalized, Plaintiff intends to file a Notice of Dismissal as to Defendant Stellar Recovery pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 6th day of May, 2016.

>*/s/ Paul J. Sieg*
>Paul J. Sieg, Bar No.: 334182
>*/s/ Matthew T. Berry*
>Matthew T. Berry, Bar No.: 055663
>Berry & Associates
>2751 Buford Highway, Suite 600
>Atlanta, GA 30324
>Ph. (404) 235-3305
>Fax (404) 235-3333
>psieg@mattberry.com
>matt@mattberry.com
>*Attorneys for Plaintiff*

## <u>CERTIFICATE OF COUNSEL REGARDING FONT SIZE</u>

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 6th day of May, 2016.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
*/s/ Matthew T. Berry*
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system on this 6th day of May, 2016.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
*/s/ Matthew T. Berry*
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Attorneys for Plaintiff*