# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LEE PORTER, | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-00540-ELR |
| STELLAR RECOVERY, INC., | * | |
| Defendant. | * | |

## ORDER

On May 9, 2016, Plaintiff notified the Court that the parties have settled their dispute in principle. (Doc. No. 5.) Accordingly, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. Plaintiff shall file a notice of dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED**, this 19th day of May, 2016.

Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.