# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Lee Porter,

       Plaintiff,                 Case No.: 1:16-cv-00540-ELR

v.

Stellar Recover, Inc.

       Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL**

Comes now the Plaintiff Lee Porter, through counsel, and gives notice pursuant to F.R.C.P. 41(a)(1)(A)(i), that Defendant Stellar Recovery, Inc., is voluntarily dismissed, *with prejudice*, from this action.

Respectfully submitted this 14th day of June, 2016.

                                        */s/ Paul J. Sieg*
                                        Paul J. Sieg, Bar No.: 334182
                                        Matthew T. Berry, Bar No.: 055663
                                        Berry & Associates
                                        2751 Buford Highway, Suite 600
                                        Atlanta, GA 30324
                                        Ph. (404) 235-3305
                                        Fax (404) 235-3333
                                        psieg@mattberry.com
                                        matt@mattberry.com
                                        *Plaintiff's Attorneys*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.1.

This 14th day of June, 2016.

> /s/ Paul J. Sieg
> Paul J. Sieg, Bar No.: 334182
> Matthew T. Berry, Bar No.: 055663
> Berry & Associates
> 2751 Buford Highway, Suite 600
> Atlanta, GA 30324
> Ph. (404) 235-3314
> Fax (404) 235-3333
> psieg@mattberry.com
> matt@mattberry.com
> *Plaintiff's Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14th, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to all attorneys of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Paul J. Sieg*
Paul J. Sieg, Bar No.: 334182
Matthew T. Berry, Bar No.: 055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3314
Fax (404) 235-3333
psieg@mattberry.com
matt@mattberry.com
*Plaintiff's Attorneys*